1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TREYVON MARQUEST STANCH,        ) NO. CV 08-08200 SVW (SS)
                                      )
12                   Petitioner,      )
                                      )
13             v.                     )        **JUDGMENT**
                                      )
14   KELLY HARRINGTON, Acting Warden, )
                                      )
15                   Respondent.      )
     _____)

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24        DATED: April 20, 2010

25                                    _____
                                      STEPHEN V. WILSON
26                                    UNITED STATES DISTRICT JUDGE

27

28